PATRICK W. FITZGERALD, etc., v. F. RAY COMSTOCK and Others.— Motion

granted.   Order to be settled on notice.   Present — Clarke, P. J. Scott, Smith, Page and Shearn, JJ.